UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| VICTORIA LYNN BELCHER GILLUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 4:O4-21873-25BH |
| ) | |
| BOB EVANS FARMS, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Victoria Lynn Belcher Gillum and Defendant Bob Evans Farms, Inc. stipulate that Plaintiff Victoria Gillum hereby dismisses all of her claims against Bob Evans Farms, Inc. in the above-captioned matter with prejudice.

Approved:

| | |
|---|---|
| s/ Chris J. North | s/ Glenn V. Ohanesian |
| Chris J. North (Ohio Bar No. 0017018) | Glenn V. Ohanesian (Fed Id 5317) |
| Trisha M. Corbin (Ohio Bar No. 0067074) | Law Offices of Ohanesian & Ohanesian |
| Vorys, Sater, Seymour and Pease LLP | 610 Nineteenth Avenue North |
| 52 East Gay Street | P.O. Box 2433 |
| P.O. Box 1008 | Myrtle Beach, SC 29578 |
| Columbus, Ohio  43215-1008 | Telephone:  (843) 626-7193 |
| Telephone:  (614) 464-6400 | Attorney for Plaintiff Victoria Lynn Gillum |
| Facsimile:  (614) 464-6350 | |

Local Counsel:
Mark Buyck, III. (#1613)
Willcox, Buyck, & Williams, P.A.
P.O. Box 1909
Florence, SC 29503-1909
Telephone: (843) 662-3258
Facsimile: (843) 662-1342
Attorneys for Defendant Bob Evans Farms, Inc.